# United States District Court
# For The Western District of North Carolina
# Statesville Division

STEVEN GLENN JOHNSON,

       Petitioner,                    JUDGMENT IN A CIVIL CASE

vs.                                      5:10CV192

NC DEPT OF CORRECTIONS
and PHILLIP REDMOND,
Iredell County Sheriff, Custodians ,

       Respondents.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 28, 2012 Order.

                                  Signed: February 28, 2012

                                    Frank G. Johns, Clerk
                                    United States District Court